7 8 9 10 11 12 13 14 15 16 17   20 21 22 23 24 25 26 27 28 29 30 31 32 34 35 33 34 35 26 27 28 3 26 28 29 30 30 29 30 31 32 33 34     39 40 41 42 43 44 45 46 47 48 49 50 51 52 53 54 55 56 57 58 59 60 61 62 63 64 65 66 67 68 69 70 71 72 73 78 79 80 91 92 93 94 95 96 97 98 99 100 100 100 1 8 9 10 11 12 3 4 5 6 7 6 7 8 9 10  12 3 4 5 6 7 8 9 8 9  11 12 3 4 6 7 8 9 11 12 11 12 3 4 4 12 3 4 4 5 6 7